| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br><br>**Illinois Dep't of Human Rights** and<br>EEOC<br>*State or local Agency, if any* | [x] IDHR<br>[x] EEOC | 440-2010-05910 |

| NAME (Indicate Mr., Ms., Mrs.) **Ms. Linda Stech** | | HOME TELEPHONE (Include Area Code)<br>708.798.0855 |
|---|---|---|
| STREET ADDRESS<br>**18251 Springfield** | CITY, STATE AND ZIP CODE<br>**Homewood, IL 60430** | DATE OF BIRTH<br>03.05.55 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>**Panera Bread Co.** | NUMBER OF EMPLOYEES, MEMBERS<br>**500+** | TELEPHONE (Include Area Code):<br>**708.922.9820** |
|---|---|---|
| STREET ADDRESS<br>**6710 Clayton Road** | CITY, STATE AND ZIP CODE<br>**Richmond Heights, MO 63117** | COUNTY<br>**Cook** |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN | EARLIEST (ADEA/EPA)   LATEST (ALL)<br>11/10/09 |
| [x] RETALIATION   [x] AGE   [x] DISABILITY   [ ] OTHER Pregnancy Act | [x] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

In 2000, I was hired by Panera Bread Co. (Panera) to work as an assistant manager in its Orland Park Mall location. Between 2000 and 2009, I worked as an assistant manager in several Panera locations including, among others, Orland Park, Matteson and Homewood. At all times I met or exceeded Panera's employment expectations.

During the time I worked for Panera, I was treated differently than other similar employees who were under 40 years of age and otherwise substantially younger than me. For example, my supervisors made various age-bias comments including, among others, one of my direct supervisors told another employee that she should "Go ask Linda, she is as old as dirt" and I was asked if "dinosaurs were still roaming around when you were young." When I indicated that these comments were inappropriate and upset me, my supervisor stated "I better be quiet or I will be hit with a discrimination suit." In or around July, 2009, I was placed on a 30 day "action plan" based on what Panera claimed was sub-standard job performance. As a result and based on these and other events which were occurring at the time, I believe that I was placed on this action plan in retaliation for protesting Panera's age-bias conduct and as a pretext to fabricate a reason to terminate me.

In or around August, 2009, I suffered a work related injury and was partially disabled. I filed a workers' compensation claim in September, 2009 and I was off of work due to my work-related injury and disability until October 31, 2009. When I returned to work, I was partially disabled and under certain medical work restrictions. Panera was made aware of my disability and work restrictions but ignored them and refused to accommodate my disability. In fact, I was assigned to perform tasks which my supervisors knew I could not perform based upon my work restrictions and disability. For these and other reasons, I believe that Panera refused to accommodate my disability in violation of the Americans with Disabilities Act (ADA). On November 10, 2009, I was terminated allegedly for failing to meet with the "action plan" which was imposed in July. For these and other reasons, I believe that the reason Panera provided a false reason to terminate me as a mere pretext to hide unlawful employment actions including, among others, unlawful retaliation and discrimination in violation of the ADA and the Age Discrimination in Employment Act (ADEA). For these, and other reasons arising out of, and related to, these events, I believe I have been discriminated against on the basis of my age (55) in violation of the ADEA and my disability in violation of the ADA.

| [x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>/s/ *Linda L. Stech*   8/23/10<br>SIGNATURE OF COMPLAINANT   DATE |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date: 8/23/10  Charging Party: *Linda L. Stech* | Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this ___ day of _____, 200__<br>My commission expires: _____ |

EXHIBIT A

RECEIVED EEOC
AUG 2 4 2010
CHICAGO DISTRICT OFFICE

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Linda Stech
c/o Jeffrey R. Kulwin, Esq.
161 North Clark Street
Suite 2500
Chicago, IL 60601

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

**CERTIFIED MAIL 7010 1870 0001 8432 5856** CP ATTY

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2010-05910 | William Hubbartt, Investigator | (312) 886-1663 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     12-10-10
John P. Rowe,     *(Date Mailed)*
District Director

Enclosures(s)

cc: **PANERA BREAD COMPANY**


EXHIBIT B