UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA STECH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PANERA BREAD COMPANY, )<br>)<br>Defendant. )<br>)<br>) | Court No. 1:11-cv-01559<br><br>Honorable Joan H. Lefkow<br><br>Magistrate Judge Geraldine Soat Brown |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Defendant Panera, LLC, misidentified in the caption as Panera Bread Company, files the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Panera, LLC is a wholly owned subsidiary of Panera Bread Company, a publicly held corporation traded on NASDAQ. Panera, LLC is not publicly traded.

Dated: July 27, 2011        Respectfully submitted,

**PANERA, LLC**

By: /s/ Nadine C. Abrahams
    One of Its Attorneys

Nadine C. Abrahams
R. Breanne Dunn
JACKSON LEWIS LLP
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949
(312) 787-4995

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 27, 2011, she caused a true and correct copy of Defendant's Corporate Disclosure Statement and Notification as to Affiliates to be filed with the Court by electronic filing protocols, and that same will be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: /s/ Nadine C. Abrahams_____ \_
One of Its Attorneys